DAVID J. MIRBACK, ESQ., SBN: 165658
LAW OFFICES OF DAVID J. MIRBACK & ASSOCIATES
5775 E. Los Angeles Avenue, Suite 228
Simi Valley, California, 93063
Telephone: (805) 522-5985
Facsimile:  (805) 522-9590
e-mail: **lawetc@gmail.com**

JS-6

Attorneys for Plaintiff PAUL POLITI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL POLITI<br><br>Plaintiff,<br><br>vs.<br><br>ART LABOE, an Individual; ARTHUR EGNOIAN, an Individual and dba ART LABOE; ORIGINAL SOUND SALES CORPORATION; BONNYVIEW MUSIC CORP.; ORIGINAL SOUND RECORD CO.; DRIVE-IN-MUSIC CO.; THE ART LABOE FOUNDATION, INC.; ROYAL PROGRAMS; BIG BROADCASTING, INC.; ROYAL SOUND, INC.; HITMAKERS, INC.; NOW RECORDS; BIG SHOTS RECORDS; HOT SHOT RECORDS; VIVA SOUND; CALICO MUSIC; JO GO MUSIC; LOCK MUSIC; EXCELLER MUSIC; THEN MUSIC; ART LABOE ENTERPRISES; BAD BOY RECORDS; ORIGINAL SOUND ENTERTAINMENT; DECK RECORDS; DOUBLE SHOT RECORDS; HOT SHOT MUSIC; STARLA RECORDS; CALICO RECORDS; GO JO MUSIC; WWW.KILLEROLDIES; WRIST MUSIC; AUT MUSIC; BONNYVIEW ADVERTISING; BIG BROADCASTING OF ARIZONA, L.L.C; and DOES 1 thorough 500, Inclusive,<br><br>Defendants. | **CASE NO.: CV09-0997 JFW (RZx)**<br><br>**(Assigned to the Honorable John F. Walter, Judge, Courtroom 16)**<br><br>**ORDER DISMISSING PLAINTIFF'S FIRST AND ONLY FEDERAL CAUSE OF ACTION FOR EMPLOYMENT DISCRIMINATION PURSUANT TO STIPULATION BETWEEN THE PARTIES AND REMANDING PLAINTIFF'S REMAINING COMPLAINT AND SUPPLEMENTAL STATE CLAIMS BACK TO STATE COURT**<br><br><br>**UNLIMITED CIVIL**<br><br>**NO TRIAL DATE**<br><br>**ACTION REMOVED: 02/11/09** |

1  Based upon the parties' stipulation to dismiss Plaintiff's First and Only Federal
2  Cause of Action for Employment Discrimination Under the ADEA, 29USC 621, et
3  seq., it is ordered that:
4     1.   The First Cause of Action for Employment Discrimination Under the
5        ADEA, 29 USC 621, et seq., in Plaintiff Paul Politi's Complaint, Case
6        No.: CV09-0997 is dismissed with prejudice; and that
7     2.   Plaintiff's entire remaining complaint of supplemental State claims is
8        remanded back to the Superior Court of the State of California for the
9        County of Los Angeles, Northwest District, Department "I" as Case
10       No.: LC081905 before the Honorable James A. Kaddo, Judge.

Date: April 17, 2009

JOHN F. WALTER
United States District Court Judge

ORDER
2